146 P.3d 1007

**STATE of Arizona**

v.

**Jonathan Michael PLOOF.**

**No. CR–06–0304–PR.**

Supreme Court of Arizona.

Nov. 28, 2006.

ORDERED: Petition for Review = DE-NIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice HURWITZ voted to grant review.